IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SUE YUROSKO, individually and as surviving spouse of STEVEN YUROSKO,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTRON SERVICES, INC., d/b/a ROCKY MOUNTAIN PROFESSIONAL SOLUTIONS, and LOGAN HEALTH d/b/a LOGAN HEALTH MEDICAL CENTER,<br><br>Defendants. | CV 22–164–M–DWM<br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 4th day of April, 2023.

_____
Donald W. Molloy, District Judge
United States District Court